1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
   William Roger Hall

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-00175 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |
| v. | ) | |
| WILLIAM ROGER HALL, | ) | Date: January 21, 2011 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLY A. SANCHEZ, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant WILLIAM ROGER HALL, that the date for sentencing may be continued to January 21, 2011, or the soonest date thereafter that is convenient to the court. **The date currently set for sentencing is January 7, 2011.  The requested new date is January 21, 2011.**

The United States Probation Office has calculated a criminal score that is higher than Mr. Hall anticipated.  Mr. Hall is requesting a short continuance to allow further investigation to determine the true nature of his prior criminal history.  The outcome of this investigation could change Mr. Hall's criminal history category under the sentencing guidelines.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public

1 | and the defendants in a speedy trial.

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

DATED: January 5, 2011         By /s/ Kimberly A. Sanchez
                                                   KIMBERLY A. SANCHEZ
                                                   Assistant United States Attorney
                                                   Attorney for Plaintiff

                                                   DANIEL J. BRODERICK
                                                   Federal Defender

DATED: January 5, 2011         By /s/ Eric V. Kersten
                                                   ERIC V. KERSTEN
                                                   Assistant Federal Defender
                                                   Attorney for Defendant
                                                   WILLIAM ROGER HALL

## **O R D E R**

The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                                   IT IS SO ORDERED.

**Dated:   January 5, 2011**             /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE